IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**EBRAHIM ADKINS,**

            **Plaintiff,**

     **v.**                                              **CASE NO. 10-3164-SAC**

**JOHN SANDERS, et al.,**

            **Defendants.**

**O R D E R**

The court granted plaintiff leave to proceed in forma pauperis on a pro se complaint seeking relief under 42 U.S.C. § 1983 from a state district court judge and court clerk on allegations related to four state civil cases resolved against plaintiff. By an order entered on April 26, 2011, the court summarily dismissed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Before the court is plaintiff's notice of appeal from that final judgment, without prepayment of the $455.00 appellate filing fee.

The court dismissed the amended complaint finding plaintiff's claims were time barred, and finding plaintiff's allegations did not assert any plausible legal claim for proceeding against either defendant under § 1983. Because plaintiff articulates no reasonable contrary argument on the merits, the court certifies the appeal is not taken in good faith, and denies plaintiff leave to proceed in forma pauperis on appeal. *See* 28 U.S.C. § 1915(a)(3)("An appeal may not be taken in forma pauperis if the trial court certifies in

writing that it is not taken in good faith.").

IT IS THEREFORE ORDERED that the court denies plaintiff leave to proceed in forma pauperis on appeal.

**IT IS SO ORDERED.**

DATED:  This 4th day of April 2011 at Topeka, Kansas.


    s/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge